IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

VS.                              CRIMINAL NO. 1:04CR10013-001

RAY ANTHONY HOLLINS,
    Defendant.

## ORDER

On March 23, 2005, a judgment was entered in the United States District Court for the Western District of Arkansas, in favor of the United States of America, plaintiff, and against the defendant, Ray Anthony Hollins, in the sum of $13,734.50.

Since entry of judgment payments totaling $1,804.00 have been credited to the debt, leaving a current debt balance of $11,930.50 as of August 4, 2011.

On March 15, 2011, the Clerk of the Court issued a Writ of Execution upon petition by the United States of America regarding a certain vehicle belonging to the defendant, Ray Anthony Hollins. The defendant contested the Writ, claiming certain exemptions applied. This Court heard the matter on July 15, 2011, and found that the vehicle is not exempt from levy.

NOW, THEREFORE, the United States Marshal is HEREBY COMMANDED to satisfy the judgment by levying on and selling the property described as:

2005 BMW 7-Series, last four digits of VIN 6239

The United States Marshal is also COMMANDED to collect its costs and expenses and make return of this writ within ninety days after the date of issuance if levy is not made, or, within ten days after the date of sale of property on which levy is made. Excess proceeds, if any after

satisfaction of the fine, special assessment, and expenses of the United States Marshal, shall be paid to the defendant.

It is so ORDERED this 5 day of August, 2011.

HONORABLE HARRY F. BARNES
United States District Judge

| RETURN | |
|---|---|
| DATE RECEIVED | TIME RECEIVED |
| DATE OF LEVY | PROPERTY SEIZED PURSUANT TO LEVY |
| DATE OF SALE | FEES, COSTS AND EXPENSES |

The writ was received and executed

_____          _____
U.S. MARSHAL                              (BY) DEPUTY U.S. MARSHAL